1  Andrew F. Pierce, Esq. (State Bar No. 101889)
2  Scott A. Berman, Esq. (State Bar No. 191460)
   PIERCE & SHEARER LLP
3  2465 E. Bayshore Road, Suite 403
   Palo Alto, CA 94303
4  Phone (650) 843-1900  Fax (650) 843-1999

5  Steven D. Skolnik, Esq. (Pro Hac Vice)
6  COX PADMORE SKOLNIK & SHAKARCHY, LLP
   630 Third Avenue
7  New York, N.Y. 10017-6705
   Phone (212) 953-6633  Fax (212) 949-6943
8  Attorneys for Plaintiffs

9  Rohit K. Singla, Esq.
10 MUNGER, TOLLES & OLSON, LLP
   560 Mission Street, 27th Floor
11 San Francisco, CA 94105-2907
   Phone: (415) 512-4000  Fax: (415) 512-4077
12 Attorneys for Defendants

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHMOND PHARMACY & SURGICALS, INC. aka RICHMOND PHARMACY INC., <br><br> Plaintiffs <br> vs. <br><br> THERASENSE, INC. and THERASENSE SALES CORPORATION, <br><br> Defendants. | Case No. C 04-02070 EMC <br><br> **STIPULATION FOR JOINT DISMISSAL WITH PREJUDICE** |

\\\\
\\\\
\\\\
\\\\

STIPULATION FOR DISMISSAL         -1-

Pursuant to Fed. Rule Civ. P. 41(a), it is hereby stipulated and agreed by and between plaintiff RICHMOND PHARMACY & SURGICALS, INC. aka RICHMOND PHARMACY INC. and defendants THERASENSE, INC. and THERASENSE SALES CORPORATION that the complaint and counter-claims in the above-entitled action are hereby dismissed in their entirety with prejudice. Each party shall bear its own costs.

PIERCE & SHEARER LLP

Dated: May 24, 2005    By _____
Andrew F. Pierce
Attorneys for Plaintiff

MUNGER, TOLLES & OLSON LLP

Dated: May 25, 2005   By: _____
Rohit K. Singla
Attorney for Defendants



IT IS SO ORDERED
Senior Judge Samuel Conti
6/1/05

STIPULATION FOR DISMISSAL   -2-